IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS, | No. 2:18-CV-2469-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, JR., et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's motion for an extension of time (ECF No. 10) filed on April 25, 2019, is construed as a motion to file a second amended complaint. So construed, the motion is GRANTED.

Plaintiff may file a second amended complaint on or before June 5, 2019. If no second amended complaint is filed, the Court will proceed with screening the first amended complaint filed April 17, 2019.

IT IS SO ORDERED.

Dated: May 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1