IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, JR., et al.,<br><br>　　　　Defendants. | No. 2:18-CV-2469-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On October 3, 2019, and October 4, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2019, and October 4, 2019, are adopted in full;

2. Plaintiff's claims against Jerry Brown are dismissed and Jerry Brown is terminated as a defendant to this action;

3. Plaintiff's motion for injunctive relief (ECF No. 13) is denied; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE