IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT KERNAN, et al., <br><br> Defendants. | No. 2:18-CV-2469-KJM-DMC-P <br><br><br> ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motion for an extension of time to serve his second amended complaint, see ECF No. 22; and (2) plaintiff's motion for an extension of time to file a notice of appeal of the court's January 9, 2020, order, see ECF No. 23.

Plaintiff seeks an extension of time to serve his second amended complaint. Plaintiff's motion will be denied as unnecessary because the court has not yet directed service of plaintiff's second amended complaint. By separate order, the court will address service of the second amended complaint pursuant to the court's "E-Service" program.[1]

/ / /

/ / /

---

[1] Plaintiff is relieved of the obligation to submit documents as directed in the court's October 3, 2019, order.

1

Plaintiff also seeks an extension of time to March 9, 2020, to file a notice of appeal of the court's January 9, 2020, order. The order at issue is not a final order and the District Judge has not certified the order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). Therefore, plaintiff's motion will be denied without prejudice to seeking a determination from the District Judge that the January 9, 2020, should be immediately appealable.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to serve his second amended complaint (ECF No. 22) is denied as unnecessary; and

2. Plaintiff's motion for an extension of time to file a notice of appeal of the court's January 9, 2020, order (ECF No. 23) is denied.

Dated: February 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE