IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS,<br><br>          Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>          Defendants. | No. 2:18-CV-2469-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On February 16, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties could file objections within the time specified therein.  On March 12, 2021, plaintiff requested a 45-day extension to file objections, averring more time was needed because of his limited access to the facility library.  The Magistrate Judge denied this request.  No objections to the findings and recommendations have been filed at this time.  In the interests of justice, this court sue sponte grants plaintiff more time to file objections, given his reasons for requesting an extension previously.  The plaintiff shall have **30 days** from the date of this order to respond to the findings and recommendations.

        IT IS SO ORDERED.

DATED:  March 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE