UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Peets,<br><br>       Plaintiff,<br><br>   v.<br><br>Scott Kernan,<br><br>       Defendant. | No. 2:18-cv-02469-KJM-DMC<br><br>ORDER |

Plaintiff's request for an extension of time (ECF No. 44) is **granted**. Any objections to the Magistrate Judge's findings and recommendations **must be filed by May 27, 2021**.

IT IS SO ORDERED.

DATED: April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1