UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Peets,<br><br>  Plaintiff,<br><br>  v.<br><br>Brown, et al.,<br><br>  Defendants. | No. 2:18-cv-02469-KJM-DMC<br><br>ORDER |

The court previously granted plaintiff Louis Peets an extension of time by which to file a notice of appeal. ECF No. 50. He now moves for clarification of that order. ECF No. 52. Mr. Peets has already given notice of an appeal, however, ECF Nos. 51, 53, and the court can perceive no lack of clarity in its previous order. The motion for clarification is denied.

IT IS SO ORDERED.

DATED: August 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1