IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS,<br><br>      Plaintiff,<br><br>    v.<br><br>JERRY BROWN, JR., et al.,<br><br>      Defendants. | No. 2:18-CV-2469-KJM-DMC-P<br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

      On March 24, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff filed objections to the Magistrate Judge's findings and recommendations. *See* ECF No. 48. Later, plaintiff filed a notice appealing the court's denial of a preliminary injunction. *See* ECF No. 51. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). While this court lacks jurisdiction to address

further the preliminary injunction, it is not deprived of jurisdiction to address the pending findings and recommendations regarding the motion to dismiss.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2021, are adopted in full;
2. Defendants' motion to dismiss, ECF No. 32, is granted in part and denied in part;
3. Defendants' motion is granted as to Plaintiff's equal protection claim (Claim IV) and Plaintiff's due process claim (Claim V);
4. Defendants' motion is granted as to Plaintiff's claims against the remaining 13 defendants;
5. Within 30 days of the date of this order, Plaintiff may file a third amended complaint;
6. If Plaintiff does not file a third amended complaint within the time provided, this action shall proceed on the second amended complaint as against Defendant Townsend only on Plaintiff's retaliation and religious exercise claims (Claim I, Claim II, and Claim III); and
7. Plaintiff's request for a copy of the order adopting the March 24, 2021 findings and recommendations, ECF No. 58, denied as moot given that this order will be served on Plaintiff and no prior order has addressed the findings and recommendations filed March 24, 2021.

DATED: November 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE