IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS,<br><br>              Plaintiff,<br><br>      v.<br><br>RICHARD TOWNSEND,<br><br>              Defendant. | No. 2:18-CV-2469-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's renewed motion for the appointment of counsel. See ECF No. 68. As with his prior motions, addressed in the Court's January 31, 2022, order, Plaintiff cites continued vision impairment. See id. Because Plaintiff has not demonstrated changed circumstances since the Court last addressed his requests for counsel, the current motion is denied for the reasons set forth in the Court's January 31, 2022, order. See ECF No. 67.

IT IS SO ORDERED.

Dated: March 22, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE