IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS, | No. 2:18-CV-2469-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RICHARD TOWNSEND, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion, ECF No. 72, to opt-out of the Court's early Alternative Dispute Resolution program. Good cause appearing therefor, Defendant's motion is granted. The stay of proceedings imposed on March 23, 2022, is lifted. By separate order, the Court will set an initial schedule for this litigation.

IT IS SO ORDERED.

Dated: April 27, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE