# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS, | No. 2:18-CV-2469-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| RICHARD TOWNSEND, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 80, in which he seeks an extension of time to submit documentation in support of a renewed motion for the appointment of counsel. Because no such renewed motion is before the Court, Plaintiff's motion is denied as unnecessary. Also before the Court is Plaintiff's motion, ECF No. 81, to "compel" prison officials to declare his disability. This motion is denied because Plaintiff is free to submit documentation obtained from his medical file establishing a disability which would warrant appointment of counsel without the need for the Court to "compel" such a declaration.

IT IS SO ORDERED.

Dated: September 28, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE