1    ROB BONTA, State Bar No. 202668
     Attorney General of California
2    ALICIA A. BOWER, State Bar No. 287799
     Supervising Deputy Attorney General
3    CHRISTIAN M. GEORGELY, State Bar No. 322952
     Deputy Attorney General
4      1300 I Street, Suite 125
       P.O. Box 944255
5      Sacramento, CA 94244-2550
       Telephone: (916) 210-7317
6      Fax: (916) 324-5205
       E-mail: Christian.Georgely@doj.ca.gov
7    *Attorneys for Defendant Townsend*

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

| | |
|---|---|
| **LOUIS PEETS,**<br><br>                                   Plaintiff,<br><br>        v.<br><br>**TOWNSEND,**<br><br>                                   Defendants. | Case No. 2:18-cv-02469 KJM DMC<br><br>**DEFENDANT'S NOTICE OF ERRATA REGARDING DECLARATION OF CHRISTIAN GEORGELY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (ECF NO. 83-1)**<br><br>Judge:        Hon. Dennis M. Cota<br>Trial Date:   Not Set<br>Action Filed: September 10, 2018 |

20        TO THE COURT AND PLAINTIFF LOUIS PEETS, IN *PRO SE*:

21        PLEASE TAKE NOTICE that the Declaration of Christian Georgely in Support of

22   Defendant's Motion to Compel Discovery Responses (ECF No. 83-1) was inadvertently filed

23   without the referenced and identified Exhibits A through C. A corrected copy of the Declaration

24   of Christian Georgely in Support of Defendant's Motion to Compel Discovery Responses, with

25   Exhibits A through C, is attached hereto as **Attachment 1**.

1

1  Dated:  November 8, 2022

Respectfully submitted,

2  ROB BONTA
Attorney General of California
3  ALICIA A. BOWER
Supervising Deputy Attorney General

4

5  ***/s/ Christian M. Georgely***
6  CHRISTIAN M. GEORGELY
Deputy Attorney General
7  *Attorneys for Defendant Townsend*

8  SA2020101466
36687662
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT 1

1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ALICIA A. BOWER, State Bar No. 287799
    Supervising Deputy Attorney General
3   CHRISTIAN M. GEORGELY, State Bar No. 322952
    Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7317
6    Fax: (916) 324-5205
     E-mail: Christian.Georgely@doj.ca.gov
7   *Attorneys for Defendant Townsend*

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12
    | | |
    |---|---|
    | **LOUIS PEETS,** | Case No. 2:18-cv-02469-KJM-DMC |
    | Plaintiff, | **DECLARATION OF CHRISTIAN M. GEORGELY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES** |
    | v. | |
    | **TOWNSEND,** | Judge:       Hon. Dennis M. Cota |
    | | Trial Date:   Not Set |
    | Defendant. | Action Filed: September 10, 2018 |

19          I, Christian M. Georgely, declare:

20          1.      I am an attorney admitted to practice before the courts of the State of California and

21   before this Court. I am a Deputy Attorney General with the Office of the California Attorney

22   General, and I am counsel of record for Defendant Officer Townsend in this action. I submit this

23   declaration in support of Defendant's Motion to Compel Discovery Responses.

24          2.      On August 15, 2022, my office served Plaintiff Peets by mail with Interrogatories, Set

25   One, and Request for Production of Documents, Set One, on behalf of Defendant Townsend.

26   Attached as Exhibits A and B are true and correct copies of these discovery requests along with

27   their corresponding certificates of service.

28

                                                1

3.      Under the Court's April 28, 2022 discovery and scheduling order (ECF No. 74), Peets was required to provide responses to Officer Townsend's written discovery requests within forty-five days, which required responses be served no later than October 3, 2022. *See* Fed. R. Civ. P. 6(a)(2)(C) & (d). My office, however, has not received any discovery responses from Peets.

4.      On October 6, 2022, my office served Peets by mail with a Notice of Deposition of Plaintiff Louis Peets, setting Peets's deposition for November 3, 2022, at California Medical Facility in Vacaville, California. Attached as Exhibit C is a true and correct the Notice of Deposition of Plaintiff Louis Peets along with the certificate of service.

5.      On October 21, 2022, I met with Peets by telephone to discuss Officer Townsend's first set of written discovery requests and Peets's failure to respond. Supervising Deputy Attorney General Alicia A. Bower also attended this call as additional counsel for Officer Townsend. During the call, Peets stated that he may have received the written discovery requests, but that he refuses to open any legal mail he receives and could not confirm receipt of the written discovery requests. I asked if he received the notice of his deposition, and he likewise stated that he was unsure if he received it because he is refusing to open his legal mail.  Peets informed us that the reason he refuses to open his legal mail relates to his vision impairment, which he said limits his ability to read written documents.

6.      Peets refused to speak further about whether he received Officer Townsend's written discovery requests or notice of his deposition. SDAG Bower verbally notified Peets of his deposition currently set for November 3, 2022, and asked whether he would appear at and participate in the deposition. Peets did not respond and instead seemingly hung up the phone.

7.      My office bills clients at a rate of $220 per hour. I have personally billed at least seven hours preparing this motion to compel, totaling $1,540 in expenses. This figure does not include time spent by support staff or my supervisor in reviewing and editing filings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2022, at California.

*/s/ Christian M. Georgely*
CHRISTIAN M. GEORGELY

SA2020101466/36674270

# EXHIBIT "A"

1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  CHRISTIAN M. GEORGELY, State Bar No. 322952
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7317
6    Fax: (916) 324-5205
     E-mail: Christian.Georgely@doj.ca.gov
7  *Attorneys for Defendant Townsend*

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

| | |
|---|---|
| 12 **LOUIS PEETS,** | Case No. 2:18-cv-02469-KJM-DMC |
| 13 Plaintiff, | **DEFENDANT'S INTERROGATORIES,** |
| 14 | **SET ONE** |
| 15 v. | |
| 16 **TOWNSEND,** | |
| 17 Defendant. | |

18

19     **PROPOUNDING PARTY:**        **DEFENDANT TOWNSEND**

20     **RESPONDING PARTY:**         **PLAINTIFF LOUIS PEETS**

21     **SET NUMBER:**               **ONE**

22         Under Federal Rules of Civil Procedure 33 and Local Rule 250.2, Defendant Townsend

23  requests that Plaintiff Louis Peets respond to the following interrogatories within forty-five days

24  of service of this discovery request to the following address: 1300 I Street, P.O. Box 944255,

25  Sacramento, CA 94244-2550. ECF No. 74 ¶ 3 ("Responses to written discovery requests shall be

26  due 45 calendar days after the request is served.").

27

28

                                          1

## DEFINITIONS

1.  **Action.** The term "action" means the above-captioned action, filed in the United States District Court for the Eastern District of California, entitled *Peets v. Townsend*, Case No. 2:18-cv-02469-KJM-DMC).

2.  **CDCR.** The term "CDCR" refers to California Department of Corrections and Rehabilitation.

3.  **First Amended Complaint.** The term "First Amended Complaint" means the complaint Plaintiff Peets filed on June 5, 2019, and which is identified as docket number 12 on the Court's Electronic Case Filing system in this action.

4.  **Identify.** The term "identify," with respect to a person, means to provide, to the extent know, the person's: (a) full name; (b) current or last known address; and (c) current or last known place of employment.

5.  **Library Clerk.** The term "library clerk" means and refers to the position and work assignment you purport to have held at California Medical Facility, and which you reference in your FAC, from January 10, 2015 through February 16, 2017.

6.  **Person.** The term "person" means any natural person or any legal entity, including but not limited to any business or governmental entity, organization, or association.

7.  **Relate or relating.** The terms "relate" or "relating" mean consisting of, referring to, reflecting, relating to, or being in any way logically or factually connected with the matter discussed.

8.  **You, Your, or Plaintiff.** The terms "you," "your," or "Plaintiff" mean Louis Peets and all other persons acting or purporting to act on his behalf.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify any and all titles or description of any job, employment position, volunteer position, and work assignment you have held since January 1, 2010.

**RESPONSE TO INTERROGATORY NO. 1:**

**INTERROGATORY NO. 2:**

Identify all persons who provided the knowledge, documents, or information used, reviewed, or referenced in answering these interrogatories, Defendant's Request for Production of Documents, Set One.

**RESPONSE TO INTERROGATORY NO. 2:**

**INTERROGATORY NO. 3:**

Identify any and all persons you intend to call as a witness in this action, either in person, through deposition testimony, or through an affidavit regarding any claim asserted or fact alleged in the FAC.

**RESPONSE TO INTERROGATORY NO. 3:**

**INTERROGATORY NO. 4:**

Identify all persons who provided the knowledge, documents, or information used, reviewed, or referenced in the FAC.

**RESPONSE TO INTERROGATORY NO. 4:**

**INTERROGATORY NO. 5:**

Identify the date you content you were unable to read written text without the use of an assistive device.

**RESPONSE TO INTERROGATORY NO. 5:**




**INTERROGATORY NO. 6:**

Identify the date you contend you needed to use assistance devices, including but not limited to magnifying glasses or full-page magnifiers, to read written text.

**RESPONSE TO INTERROGATORY NO. 6:**




**INTERROGATORY NO. 7:**

Identify any and all accommodations you content you received, while serving as a library clerk at California Medical Facility, to ameliorate the impact of your vision impairment and allow you to perform the essential job functions of a library clerk at California Medical Facility.

**RESPONSE TO INTERROGATORY NO. 7:**




**INTERROGATORY NO. 8:**

Identify the persons who drafted documents you filed with the Court in this action, the documents they drafted, and whether the document was typed or handwritten.

**RESPONSE TO INTERROGATORY NO. 8:**

**INTERROGATORY NO. 9:**

Identify any and all civil actions you have filed in federal and state court, including the relevant case number and court where it was filed.

**RESPONSE TO INTERROGATORY NO. 9:**

**INTERROGATORY NO. 10:**

Identify the basis for your allegation in Paragraph 92 of the FAC that Defendant Townsend's searched your cell on December 29, 2017.

**RESPONSE TO INTERROGATORY NO. 10:**

**INTERROGATORY NO. 11:**

Identify any and all dates where you content you informed CDCR, including its employees, that working as a library clerk on a Saturday violated your Jewish faith.

**RESPONSE TO INTERROGATORY NO. 11:**

5

Dated:  August 15, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendant Townsend*

6

**VERIFICATION**

I, Louis I. Peets (T-56974), have read Defendant Townsend's Interrogatories, Set One, that are part of the civil action *Peets v. Townsend*, Case No. 2:18-cv-02469-KJM-DMC (E.D. Cal.), and my above answers to those interrogatories are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____            _____

LOUIS I. PEETS

SA2020101466
36252252

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Louis Peets v. Townsend, et al.**
No.: **2:18-cv-02469 KJM DMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On August 15, 2022, I served the attached **DEFENDANT'S INTERROGATORIES, SET ONE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Louis Peets, T-56974
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 15, 2022, at Sacramento, California.

| | |
|---|---|
| T. Oakes | |
| Declarant | Signature |

SA2020101466
36447760.docx

# EXHIBIT "B"

1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   ALICIA A. BOWER, State Bar No. 287799
    Supervising Deputy Attorney General
3   CHRISTIAN M. GEORGELY, State Bar No. 322952
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7317
6     Fax:  (916) 324-5205
      E-mail:  Christian.Georgely@doj.ca.gov
7   Attorneys for Defendant Townsend

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11

12
    LOUIS PEETS,                              Case No. 2:18-cv-02469-KJM-DMC
13
                            Plaintiff,        DEFENDANT'S REQUEST FOR
14                                            PRODUCTION OF DOCUMENTS,
         v.                                   SET ONE
15

16  TOWNSEND,

17                         Defendant.

18

19       PROPOUNDING PARTY:           DEFENDANT TOWNSEND

20       RESPONDING PARTY:            PLAINTIFF LOUIS PEETS

21       SET NUMBER:                  ONE

22          Under Federal Rules of Civil Procedure 34 and Local Rule 250.3, Defendant Spain requests

23  that Plaintiff Louis Peets produce the documents identified below within forty-five days of

24  service of this discovery request to the following address: 1300 I Street, P.O. Box 944255,

25  Sacramento, CA 94244-2550. ECF No. 74 ¶ 3 ("Responses to written discovery requests shall be

26  due 45 calendar days after the request is served."). Additionally, within forty-five days of service

27  of this request, Plaintiff Peets must provide a written response to this request in accordance with

28  the provisions of Rule 34.

                                          1

                    Def.'s Req. Prodc. Docs., Set One (Case No. 2:18-cv-02469-KJM-DMC)

**DEFINITIONS**

1.   **Action.** The term "action" means the above-captioned action, filed in the United States District Court for the Eastern District of California, entitled *Peets v. Townsend*, Case No. 2:18-cv-02469-KJM-DMC (E.D. Cal.).

2.   **CDCR.** The term "CDCR" refers to California Department of Corrections and Rehabilitation.

3.   **CDCR Form 22 request.** The phrase "CDCR Form 22 request" includes any CDCR form or document that is titled "Form 22 request," "Inmate/Parolee Request for Interview, Item or Service," "CDCR 22," or "Form 22."

4.   **First Amended Complaint or FAC.** The term "First Amended Complaint" or "FAC" means the complaint Plaintiff Peets filed on June 5, 2019, and which is identified as docket number 12 on the Court's Electronic Case Filing system in this action.

5.   **Library Clerk.** The term "library clerk" means and refers to the position and work assignment you purport to have held at California Medical Facility, and which you reference in your FAC, from January 10, 2015 through February 16, 2017.

6.   **Person.** The term "person" means any natural person or any legal entity, including but not limited to any business or governmental entity, organization, or association.

7.   **Relate or relating.** The terms "relate" or "relating" mean consisting of, referring to, reflecting, relating to, or being in any way logically or factually connected with the matter discussed.

8.   **You, Your, or Plaintiff.** The terms "you," "your," or "Plaintiff" mean Frank Green and all other persons acting or purporting to act on his behalf.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Produce a copy of any and all documents and correspondence with CDCR and its employees relating to your allegation that you requested a religious accommodation relating to working as a library clerk.

2

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

**REQUEST FOR PRODUCTION NO. 2:**

Produce a copy of any and all documents and correspondence you had with CDCR and its employees relating to your allegation from the FAC that Defendant Townsend told "Plaintiff that the Sabbath issue would not be a problem."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

**REQUEST FOR PRODUCTION NO. 3:**

Produce a copy of any and all CDCR Form 22 requests you authored or submitted to CDCR, including its employees, relating to your claims alleged in the FAC, including but not limited to CDCR Form 22 requests dated August 21, 2016 and August 25, 2016.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

**REQUEST FOR PRODUCTION NO. 4:**

Produce a copy of any and all documents and correspondence that you reference or identify in the FAC; including but not limited to the following correspondence expressly identified in the FAC: correspondence with Warden Fox on August 21, 2016; correspondence with Community Resources Manager Maldonado; correspondence with Rabbi Zaklos between August 20, 2016 and August 30, 2016, on September 19, 2016, and on October 20, 2016; correspondence with Rabbi Shleffer on August 30, 2016; correspondence with California Medical Facility's Religious Review Committee on August 25, 2016.

3

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

**REQUEST FOR PRODUCTION NO. 5:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Defendant Townsend in Paragraph 95 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

**REQUEST FOR PRODUCTION NO. 6:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Warden Fox in Paragraph 120 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

**REQUEST FOR PRODUCTION NO. 7:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Community Resources Manager Maldonado in Paragraph 122 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

**REQUEST FOR PRODUCTION NO. 8:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Captain Huntley in Paragraph 125 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

**REQUEST FOR PRODUCTION NO. 9:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Correctional Counselor Haley in Paragraph 193 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

**REQUEST FOR PRODUCTION NO. 10:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used when purporting to quote Correctional Counselor Haley in Paragraph 195 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

**REQUEST FOR PRODUCTION NO. 11:**

Produce a copy of any and all documents referred to, relied upon, consulted, or used to support your claims outlined in Paragraph 39 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

**REQUEST FOR PRODUCTION NO. 12:**

Produce a copy of any and all documents you referred to, relied upon, consulted, or used to support your claim in Paragraph 55 of the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

**REQUEST FOR PRODUCTION NO. 13:**

Produce any and all affidavits, sworn statements, notes, and other documents sent to, received from, or otherwise relating to you or any person you intend to call as a witness in this action, either in person, through deposition testimony, or through an affidavit regarding any claim asserted or fact alleged in the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

**REQUEST FOR PRODUCTION NO. 14:**

Produce any and all documents you referred to, relied upon, consulted, or used in any way to draft the FAC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Dated:  August 15, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorneys for Defendant Townsend*

SA2020101466
36253012

7

Def.'s Req. Prodc. Docs., Set One (Case No. 2:18-cv-02469-KJM-DMC)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Louis Peets v. Townsend, et al.**
No.:           **2:18-cv-02469 KJM DMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>August 15, 2022</u>, I served the attached **DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Louis Peets, T-56974
California Medical Facility
P.O. Box 2000
Vacaville, CA  95696-2000
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 15, 2022, at Sacramento, California.

|  |  |
|---|---|
| T. Oakes | |
| Declarant | Signature |

SA2020101466
36447713.docx

# EXHIBIT "C"

1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  CHRISTIAN M. GEORGELY, State Bar No. 322952
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7317
6   Fax:  (916) 324-5205
    E-mail:  Christian.Georgely@doj.ca.gov
7  *Attorneys for Defendant Townsend*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

12

13  **LOUIS PEETS,**                     Case No. 2:18-cv-02469 KJM DMC

                           Plaintiff,    **DEFENDANT'S NOTICE OF
14                                        DEPOSITION OF PLAINTIFF LOUIS
                                          PEETS**
15        v.

16  **TOWNSEND,**

17                         Defendants.

18

19        TO PLAINTIFF LOUIS PEETS, IN *PRO SE:*

20        PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, counsel for

21  Defendant Townsend will take the deposition of Plaintiff Louis Peets (CDCR No. T56974). The

22  deposition will be conducted at the date, time, and location below:

23        Date:              November 3, 2022
          Time:              8:00 a.m.
24        Location:          California Medical Facility
                             1600 California Drive
25                           Vacaville, CA 95687

26        PLEASE TAKE FURTHER NOTICE that Defendant intends to record the testimony at the

27  deposition by stenographic means. The deposition will be taken before a certified shorthand

28

                                          1

1   reporter authorized to administer oaths in the State of California and will continue for the duration

2   of time allowed under the Federal Rules of Civil Procedure. The failure of Peets to attend and

3   cooperate in this deposition could result in court-ordered sanctions, which may include

4   Defendant's costs in attending the deposition, including attorneys' fees.

5   Dated:  October 6, 2022                           Respectfully submitted,

6                                                     ROB BONTA
                                                      Attorney General of California
7                                                     ALICIA A. BOWER
                                                      Supervising Deputy Attorney General
8

9

10                                                    CHRISTIAN M. GEORGELY
                                                      Deputy Attorney General
11                                                    *Attorneys for Defendant Townsend*

12  SA2020101466
    33616719
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Louis Peets v. Townsend, et al.**
Case No.:    **2:18-cv-02469 KJM DMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>October 6, 2022</u>, I served the attached:

- **DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF LOUIS PEETS**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Louis Peets (T-56974)
CALIFORNIA MEDICAL FACILITY
P.O. Box 2500
Vacaville, CA 95696-2500
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 6, 2022, at Sacramento, California.

|                          |                          |
|--------------------------|--------------------------|
| M. Garcia                |                          |
| Declarant                | Signature                |

SA2020101466
36620301.docx

# CERTIFICATE OF SERVICE

Case Name: __Louis Peets v. Townsend, et al.__   No. __2:18-cv-02469 KJM DMC__

I hereby certify that on November 8, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **DEFENDANT'S NOTICE OF ERRATA REGARDING DECLARATION OF CHRISTIAN GEORGELY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES (ECF NO. 83-1)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 8, 2022, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Louis Ivester Peets, T-56974
California Medical Facility
P.O. Box 2500
Vacaville, CA 95696
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 8, 2022, at Sacramento, California.

| K. Vitalie | */s/ K. Vitalie* |
|---|---|
| Declarant | Signature |

SA2020101466
36703539.docx