1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  LOUIS PEETS,                                   No.  2:18-CV-2469-DJC-DMC-P

12                          Plaintiff,

13          v.                                     ORDER

14  RICHARD TOWNSEND,

15                          Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18  42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19  pursuant to Eastern District of California local rules.

20          On August 3, 2023, the Magistrate Judge filed findings and recommendations

21  herein which were served on the parties and which contained notice that the parties

22  may file objections within the time specified therein.  No party has filed objections to

23  the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to

25  be supported by the record and the Magistrate Judge's analysis.

26  / / /

27  / / /

28  / / /

Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations filed August 3, 2023, are adopted in full;

2.   Defendant's unopposed motion for terminating sanctions, ECF No. 92, is GRANTED;

3.   Plaintiff's motion for the appointment of counsel, ECF No. 107, is DENIED as moot;

4.   This action is DISMISSED without prejudice; and

5.   The Clerk of the Court is directed to enter judgment and close this file.


IT IS SO ORDERED.

Dated:   **September 8, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2