UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PEETS,<br><br>            Plaintiffs,<br><br>       v.<br><br>RICHARD TOWNSEND,<br><br>            Defendants. | No. 2:18-CV-2469-DJC-DMC-P<br><br><br>ORDER |

       Plaintiff Louis Peets brought this action pursuant to 42 U.S.C. § 1983 alleging that Defendant discriminated against him on the basis of his religion, and retaliated against Plaintiff for complaining about Defendant.  (Compl. (ECF No. 1) at 3.)  Plaintiff was permitted to proceed *in forma pauperis* by the assigned Magistrate Judge on September 10, 2018.  (ECF No. 4.)

       Throughout the case, Plaintiff has filed multiple Motions to Appoint Counsel (ECF Nos. 62, 65, 68, 75, 77, 78, 96, 107) which were all denied  (ECF Nos. 69, 79, 97, and 108).  Plaintiff indirectly appealed the denial of his first five Motions to Appoint Counsel through an appeal of an Order granting Defendant's Motion to Compel Discovery.  (ECF No. 87.)  Plaintiff also directly appealed an Order denying his Motion to Appoint Counsel, (ECF No. 79), filing a nearly-identical document as his appeal of

the Motion to Compel ruling. (ECF No. 90.) As shown in Defendant's Request for Judicial Notice the Ninth Circuit construed the second appeal as an amended appeal not a separate appeal. (ECF No. 99, at 2, Ex. A at 3.) The appeal was denied for lack of jurisdiction. (ECF No. 93.) Plaintiff thereafter filed another Motion to Appoint Counsel (ECF No. 96) which was denied (ECF No. 97). Plaintiff appealed this denial with a filing nearly identical to his prior appeals (ECF Nos. 87 and 90). (ECF No. 100.) The Ninth Circuit denied this appeal for lack of jurisdiction. (ECF No. 104.) Plaintiff then filed another Motion to Appoint Counsel. (ECF No. 107.)

The Magistrate Judge thereafter issued Findings and Recommendations granting Defendant's Motion for Terminating Sanctions for Plaintiff's failure and refusal to respond to discovery requests, and denying Plaintiff's Motion to Appoint Counsel as moot. (ECF No. 106). The Court adopted the Findings and Recommendations and dismissed the action. (ECF No. 108.) Plaintiff appealed this Order, again filing a nearly identical document challenging only the denial of his Motion to Appoint Counsel. (ECF No. 110.)

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). After review of the record herein, the Court finds that Plaintiff's appeal is not taken in good faith.

Therefore, IT IS HEREBY ORDERED that Plaintiff's in forma pauperis status is revoked. See Fed. R. App. P. 24(a).

IT IS SO ORDERED.

Dated: **October 19, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2